B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of New Mexico**

IN RE:  
Garcia, Sammy T. & Garcia, Angela A.  
Debtor(s)

Case No. _____  
Chapter **7**

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Freedom Road Financial | 2013 Arctic Cat ATV |

Property will be *(check one)*:  
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:  
☐ Redeem the property  
☑ Reaffirm the debt  
☐ Other. Explain _____ *(for example, avoid lien using 11 U.S.C. § 522(f))*.

Property is *(check one)*:  
☑ Claimed as exempt   ☐ Not claimed as exempt

---

**Property No. 2 (if necessary)**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Nusenda Credit Union | Residence at 9709 Westbound Ave, SW Albuquerque, NM 87121 |

Property will be *(check one)*:  
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:  
☐ Redeem the property  
☐ Reaffirm the debt  
☑ Other. Explain **Retain and pay pursuant to contract** *(for example, avoid lien using 11 U.S.C. § 522(f))*.

Property is *(check one)*:  
☑ Claimed as exempt   ☐ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

**Property No. 1**

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| Verizon Wireless | Executory contract for cell phone service | ☑ Yes  ☐ No |

**Property No. 2 (if necessary)**

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
|  |  | ☐ Yes  ☐ No |

---

**1** continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: **May 27, 2015**

/s/ Sammy T. Garcia  
Signature of Debtor

/s/ Angela A. Garcia  
Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A – Continuation

**Property No. 3**

**Creditor's Name:**
Nusenda Credit Union

**Describe Property Securing Debt:**
2014 Chevy Silverado

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

---

**Property No. 4**

**Creditor's Name:**
Nusenda Credit Union

**Describe Property Securing Debt:**
2012 GMC Canyon

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

---

**Property No. 5**

**Creditor's Name:**
Nusenda Credit Union

**Describe Property Securing Debt:**
2009 Hyundai Accent

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

## PART B – Continuation

**Property No.**

**Lessor's Name:**

**Describe Leased Property:**

Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):
☐ Yes  ☐ No

---

**Property No.**

**Lessor's Name:**

**Describe Leased Property:**

Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):
☐ Yes  ☐ No

Continuation sheet __1__ of __1__

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only